UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02071-JLS-KES                                      Date:  December 20, 2022
Title:  Edgar Mariscal v. Arizona Tile, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

The Final Pretrial Conference in this case is currently set for January 6, 2023 at 10:30 a.m.  (*See* Doc. 19.)  Pursuant to Local Rule 16-4, the parties were each required to file a Memorandum of Contentions of Fact and Law no later than 21 days before the Final Pretrial Conference.  *See* C.D. Cal. R. 16-4.  Thus, the parties' Memoranda were due on December 16, 2022.  As of the date of this Order, neither party has filed a Memorandum.

Accordingly, the Court ORDERS the parties to show cause for their failure to timely file their Memoranda of Contentions of Fact and Law no later than **three (3) days** from the date of this Order.  Failure to timely and adequately respond to this Order may result in the imposition of monetary sanctions or the dismissal of this case for failure to prosecute.  The Court will consider the filing of a Memorandum of Contentions of Fact and Law, or a notice of dismissal, an appropriate response to this Order.

Initials of Preparer:  vrv