UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 8:20-cv-02071-JLS-KESx | Date | September 8, 2023 |
|---|---|---|---|
| Title | Edgar Mariscal v. Arizona Tile, LLC et al | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia
Deputy Clerk

Wil Wilcox
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Edwin Aiwazian
Joanna Ghosh

ATTORNEYS PRESENT FOR DEFENDANT:

NOT PRESENT

**PROCEEDINGS:   MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND JUDGMENT [58]**

**MOTION FOR ATTORNEY FEES [59]**

The case is called and counsel state their appearance. The motion hearing is held. The Court takes the motions under submission and a written order will issue.

:10

Initials of Clerk: gga