JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARISCAL, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>  Plaintiff,<br><br>vs.<br><br>ARIZONA TILE, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>  Defendant. | Case No.: 8:20-CV-02071-JLS-KES<br><br>**JUDGMENT** |

This matter came before the Honorable Josephine L. Staton, whose courtroom is physically located in Courtroom 8A of the United States District Court for the Central District of California, First Street Courthouse, 350 West First Street, Los Angeles, California 90012, on Plaintiff Edgar Mariscal's ("Plaintiff") Motion for Final Approval of Class Action and PAGA Settlement (Docket No. 58) ("Motion for Final Approval") and Motion for Attorneys' Fees, Costs, and Class Representative Service Award (Docket No. 59).

The issues have been tried, heard, or decided by the Honorable Josephine L. Staton as follows,

**IT IS ORDERED AND ADJUDGED:**

THAT, IN THE ABOVE-CAPTIONED ACTION, ALL CLAIMS AS TO ALL PARTIES HAVE BEEN FINALLY ADJUDICATED AND JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER (1) GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD FILED ON SEPTEMBER 19, 2023 (DOCKET NO. 62).

DATED: November 3, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE